# Exhibit 2

# Exhibit 2
# U.S. Patent No. 9,930,158
# v.
# Volvo's Sensus Connect Infotainment System (the "Exemplary Product")

| '158 Claim | Volvo's Exemplary Product |
|---|---|
| 1. A method for providing communication in a vehicle including the steps of: | To the extent the preamble is limiting, the Exemplary Product performs a method for providing communication in a vehicle.<br><br>For example, see the evidence and analysis for claim limitations (a)-(d) below. Additionally:<br><br>https://www.volvocars.com/en-ca/support/topics/article/58cb6f9d45c378f7c0a801513f44073b:<br><br>**Sensus Connect**<br>Updated 2023-03-30<br><br>Sensus Connect is Volvo's infotainment system that can connect your Volvo to the outside world and provide you with information, entertainment and functions to help simplify your ownership.<br><br>**Sensus Connect functionality** |

Page 1 of 13

| '158 Claim | Volvo's Exemplary Product |
|---|---|
| | Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Value8 reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| a) determining that a mobile device is in a vehicle via a wireless connection to the mobile device, wherein the mobile device is a cell phone; | The Exemplary Product determines that a mobile device is in a vehicle via a wireless connection to the mobile device, wherein the mobile device is a cell phone.<br><br>For example, the Exemplary Product uses a Bluetooth connection to determine when a mobile device, *e.g.*, a cell phone, is in a vehicle.<br><br>*See, e.g.*, https://volvornt.harte-hanks.com/manuals/2022%5CMY22-23%20OM%20EN%20US.pdf:<br><br>**Phone**<br>A phone equipped with Bluetooth can be wirelessly connected to the vehicle.<br>When a phone has been paired and connected to the vehicle, it is possible to make calls, send and receive text messages and play media wirelessly through the vehicle's audio system.<br><br>The phone is controlled from the center display and certain functions can also be voice-controlled.<br><br>**Connecting a phone to the vehicle**<br>Use Bluetooth to pair a phone with the vehicle to make calls, send and receive text messages and play media.<br><br>The Exemplary Product is able to, for example, know when "Jay's 14" or "Daniel's iPhone" is in the vehicle: |

| '158 Claim | Volvo's Exemplary Product |
|---|---|
| | <br>Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Value8 reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| b) identifying the mobile device via the wireless connection to the mobile device; | The Exemplary Product identifies the mobile device via the wireless connection to the mobile device.<br><br>For example, using the Bluetooth wireless connection with the mobile device and any necessary protocol exchanges, the Exemplary Product identifies the mobile device. |

| '158 Claim | Volvo's Exemplary Product |
|---|---|
|  | See, e.g., evidence and analysis for claim limitation 1(a); https://volvornt.harte-hanks.com/manuals/2022%5CMY22-23%20OM%20EN%20US.pdf: <br><br> **Connecting a phone to the vehicle** <br> Use Bluetooth to pair a phone with the vehicle to make calls, send and receive text messages and play media. <br><br> **Searching for the phone from the vehicle** <br> Activate Bluetooth in the phone and verify in the settings that the phone is visible to other devices. <br><br> 1. If no phone is already paired, tap ╋. Otherwise, go to settings ⚙ at the bottom of the center display, and then tap **Connectivity** and **Bluetooth**. If the phone is not already listed under [16], select **Pair new device**. <br>      > A list of available Bluetooth devices will be displayed. The list will be updated as new devices are discovered. <br> 2. Tap the name of the phone you would like to connect. <br> 3. Make sure that the code displayed in the vehicle matches the one in the phone and confirm. <br> 4. In the phone, accept or cancel the options for selecting the phone's contacts and text messages. <br>      > By default, the phone is connected for use as both phone and media device[17]. <br> 5. Tap **Done**. <br><br> The Exemplary Product is able to, for example, identify a mobile device as either "Jay's 14" or "Daniel's iPhone": |

| '158 Claim | Volvo's Exemplary Product |
|---|---|
| |  Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Value8 reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| c) identifying a user profile associated with the mobile device based upon the identification of the mobile device in said step b); and | The Exemplary Product identifies a user profile associated with the mobile device based upon the identification of the mobile device in said step b).<br><br>For example, the Exemplary Product is able to determine a user profile for "Jay's 14" that includes, among other things, "Allowed services" for "Phone," "Message," "Internet source," and "Media." As another example, the Exemplary Product is able to determine a user profile for |

| '158 Claim | Volvo's Exemplary Product |
|---|---|
|  | "Daniel's iPhone" that includes, among other things, "Allowed services" for "Phone," and "Media" but not "Message," and "Internet source."  The Exemplary Product uses the same user profile every time the identified device is connected.<br><br>*See also, e.g.*, evidence and analysis for claim limitation 1(a)-(b); https://www.volvocars.com/in/support/car/xc40/article/3d510aad93ca3b8ac0a8015152c96333#: |

| '158 Claim | Volvo's Exemplary Product |
|---|---|
| | **Settings for Bluetooth devices** |
| | Updated 16/03/2023 |
| | Settings for Bluetooth-connected devices. |
| | 1  Press **Settings** in the top view. |
| | 2  Press **Communication** → **Bluetooth Devices** and select settings: |
| | • **Add device** - starts the pairing of a new device. |
| | • **Previously paired devices** - lists registered/paired devices. |
| | • **Remove device** - removes the connected device. |
| | • **Allowed services for this device** - sets device usage options: calling, sending/receiving messages, streaming media and as Internet connection. |
| | • **Internet connection** - connects the car to the Internet via the device's Bluetooth connection. |
| | ; https://www.volvocars.com/mt/support/car/xc60/article/60c1825e628b0f62c0a801515f80a8f7: |
| | **Managing text messages** |
| | Updated 22/03/2023 |
| | It is possible to receive and send text messages, in the form of SMS, when the phone is connected to the car. |
| | To be able to manage text messages in the car, the phone must be connected via Bluetooth [1] as phone device and the user must have approved in the phone's Bluetooth settings that notifications should be shown. |
| | **Receiving text messages** |
| | When the phone is connected to the car, a notification is shown at the top of the centre display when a new text message is received. Choose whether to play back the message by tapping on the screen or using voice control. |
| | Investigation of both the patent and the Exemplary Product (and other potentially infringing |

| '158 Claim | Volvo's Exemplary Product |
|---|---|
| | products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Value8 reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| d) processing a non-voice message received by the mobile device based upon said step c), including the step of redirecting the message intended for the user to a control unit in the vehicle over a wireless communication link based upon the identification of the user in said step c). | The Exemplary Product processes a non-voice message received by the mobile device based upon said step c), including the step of redirecting the message intended for the user to a control unit in the vehicle over a wireless communication link based upon the identification of the user in said step c).<br><br>For example, the Exemplary Product supports multiple user profiles. Each profile comprises a notification rule, *e.g.*, "Allowed services" for "Phone," including "Message," for notifying an arrival of the non-voice message, i.e., the text message, using the output system, such as a screen and/or speakers, and related hardware, used by the Exemplary Product, such that the notification of the arrival of the non-voice message can be different for each of the at least two user profiles. *E.g.*, https://az685612.vo.msecnd.net/pdfs/20w17/XC60_OwnersManual<br><br>**Settings for text messages**<br>Settings for text messages on connected phone.<br>1. Press **Settings** in the top view.<br>2. Press **Communication ➔ Text Messages** and select settings:<br>- **Notification in centre display** - shows message notifications in the centre display's status bar.<br>- **Notification in driver display** - displays notifications in the driver's display and incoming messages can be managed using the steering wheel's right-hand keypad.<br>- **Text message tone** - select tone for incoming text messages.<br><br>If the "Allowed service" of "Message" is enabled in the identified user profile, the Exemplary Product redirects the non-voice message intended for the user to a control unit such as the screen and related hardware used by the Exemplary Product. |

| '158 Claim | Volvo's Exemplary Product |
|---|---|
|  |  |

| '158 Claim | Volvo's Exemplary Product |
|---|---|
| | <br>*See, e.g.*, evidence and analysis for claim limitations 1(a)-(c); https://volvornt.harte-hanks.com/manuals/2022%5CMY22-23%20OM%20EN%20US.pdf: |

Page 10 of 13

| '158 Claim | Volvo's Exemplary Product |
|---|---|
| | **Handling text messages**<br>SMS text messages can be received and sent via the vehicle when the phone is paired with the vehicle.<br>To manage text messages in the vehicle, the phone must be connected via Bluetooth[18] as phone device and the user must have accepted notification display in the phone's Bluetooth settings.<br><br>**Sending text messages**<br>It is possible to dictate a new message by asking the voice control system to send a message to a named contact or phone number.<br><br>**Receiving text messages**<br>When the phone is paired with the vehicle, a notification will be displayed at the top of the center display when a new text message comes in. Select whether to play the message by tapping the screen or using voice control.<br><br>You can also choose to mute the conversation. In this case, no further notifications for this conversation will be shown during the current trip.<br><br>; https://www.volvocars.com/in/support/car/xc40/article/3d510aad93ca3b8ac0a8015152c96333#: |

| '158 Claim | Volvo's Exemplary Product |
|---|---|
| | ; https://www.volvocars.com/mt/support/car/xc60/article/60c1825e628b0f62c0a801515f80a8f7: |
| | Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this |

| '158 Claim | Volvo's Exemplary Product |
|---|---|
| | time. Value8 reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |