# Exhibit 3



US011563840B2

## (12) United States Patent
### Basir

(10) Patent No.: **US 11,563,840 B2**
(45) Date of Patent: *Jan. 24, 2023

(54) **VEHICLE IMMERSIVE COMMUNICATION SYSTEM**

(71) Applicant: **Value8 Co., Ltd.**, Seoul (KR)

(72) Inventor: **Otman A. Basir**, Waterloo (CA)

(73) Assignee: **Value8 Co., Ltd.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/028,237**

(22) Filed: **Sep. 22, 2020**

(65) **Prior Publication Data**
US 2021/0006649 A1    Jan. 7, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 15/918,301, filed on Mar. 12, 2018, which is a continuation of application No. 12/701,817, filed on Feb. 8, 2010, now Pat. No. 9,930,158, which is a continuation of application No. 11/452,117, filed on Jun. 13, 2006, now Pat. No. 7,689,253.

(60) Provisional application No. 60/803,329, filed on May 26, 2006, provisional application No. 60/777,424, filed on Feb. 28, 2006, provisional application No. 60/763,660, filed on Jan. 31, 2006, provisional application No. 60/736,102, filed on Nov. 10, 2005, provisional application No. 60/729,905, filed on Oct. 25, 2005, provisional application No. 60/689,959, filed on Jun. 13, 2005.

(51) **Int. Cl.**
*H04M 1/60* (2006.01)
*G10L 15/26* (2006.01)
*H04M 1/72436* (2021.01)
*H04M 1/72412* (2021.01)

(52) **U.S. Cl.**
CPC .......... ***H04M 1/6091*** (2013.01); ***G10L 15/26*** (2013.01); ***H04M 1/72436*** (2021.01); *H04M 1/72412* (2021.01); *H04M 2250/02* (2013.01); *H04M 2250/58* (2013.01); *H04M 2250/74* (2013.01)

(58) **Field of Classification Search**
CPC ....................... H04W 76/15; G08G 1/096883
USPC .................. 455/558, 403, 456.1; 342/357.31
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 7,286,857 | B1 * | 10/2007 | Walker | ................ | H04M 1/6075 455/566 |
| 7,505,759 | B1 * | 3/2009 | Rahman | ................ | H04L 51/063 455/412.2 |
| 2002/0171552 | A1 * | 11/2002 | Tate | ...................... | G08B 27/005 340/531 |
| 2003/0032460 | A1 * | 2/2003 | Cannon | ............... | H04M 1/6091 455/569.2 |

(Continued)

OTHER PUBLICATIONS

Communication dated Feb. 2, 2021, from the United States Patent and Trademark Office in U.S. Appl. No. 15/918,301.

*Primary Examiner* — Kiet M Doan

(57) **ABSTRACT**

A vehicle communication system facilitates hands-free interaction with a mobile device in a vehicle or elsewhere. Users interact with the system by speaking to it. The system processes text and processes commands. The system supports Bluetooth wireless technology for hands-free use. The system handles telephone calls, email, and SMS text messages. The user can customize the device via a user profile stored on an Internet web server.

**21 Claims, 2 Drawing Sheets**



US 11,563,840 B2

Page 2

## (56) References Cited

### U.S. PATENT DOCUMENTS

| Publication No. | Date | Name | Classification |
|---|---|---|---|
| 2003/0126216 A1* | 7/2003 | Avila | H04L 51/14 709/206 |
| 2003/0224760 A1* | 12/2003 | Day | H04L 51/38 455/414.1 |
| 2004/0034690 A1* | 2/2004 | Schmitz | H04L 67/56 709/206 |
| 2004/0143636 A1* | 7/2004 | Horvitz | H04L 29/06 709/207 |
| 2004/0203351 A1* | 10/2004 | Shearer | H04M 1/6066 455/41.1 |
| 2004/0203768 A1* | 10/2004 | Ylitalo | H04M 1/72457 455/435.1 |
| 2004/0204161 A1* | 10/2004 | Yamato | H04M 1/6091 455/569.1 |
| 2005/0037762 A1* | 2/2005 | Gurbani | H04L 51/38 455/445 |
| 2005/0048958 A1 | 3/2005 | Mousseau et al. | |
| 2005/0114533 A1* | 5/2005 | Hullfish | H04L 51/04 709/230 |
| 2005/0143134 A1* | 6/2005 | Harwood | H04M 1/6091 455/563 |
| 2005/0188038 A1 | 8/2005 | Yabe | |
| 2005/0190903 A1* | 9/2005 | Viikki | H04M 19/041 379/142.01 |
| 2005/0201540 A1 | 9/2005 | Rampey et al. | |
| 2005/0277445 A1* | 12/2005 | Bae | B60R 11/0241 455/569.1 |
| 2005/0288926 A1 | 12/2005 | Benco et al. | |
| 2006/0083358 A1* | 4/2006 | Fong | H04M 3/42204 379/88.13 |
| 2006/0195528 A1* | 8/2006 | Stroupe | H04M 1/7243 709/206 |
| 2007/0005368 A1* | 1/2007 | Chutorash | B60R 16/0373 704/275 |
| 2007/0140187 A1* | 6/2007 | Rokusek | H04L 67/16 370/338 |

\* cited by examiner



Fig-1



Fig-2

# VEHICLE IMMERSIVE COMMUNICATION SYSTEM

This application is continuation of U.S. patent application Ser. No. 15/918,301 filed Mar. 12, 2018, which is a continuation of U.S. patent application Ser. No. 12/701,817, filed Feb. 8, 2010, now U.S. Pat. No. 9,930,158, which is a continuation of U.S. patent application Ser. No. 11/452,117, filed Jun. 13, 2006, now U.S. Pat. No. 7,689,253, which claimed priority to U.S. Provisional Application Ser. Nos. 60/689,959, filed Jun. 13, 2005; Ser. No. 60/729,905, filed Oct. 25, 2005; 60/736,102, filed Nov. 10, 2005; 60/763,660 filed Jan. 31, 2006; 60/777,424 filed Feb. 28, 2006 and 60/803,329 filed May 26, 2006.

## BACKGROUND OF THE INVENTION

This invention relates to a system for managing and communicating information while in a vehicle. More specifically, this invention relates to a system that integrates with a cell phone, PDA, or other mobile device to provide hands-free use of phone call, email, text messaging, and other functionality of a mobile device.

Exchanging critical information using email, instant messaging, and other online media is essential to succeed in today's connected lifestyles and business environments. We depend on constant connectivity for important emails, timely updates, and to make sound decisions. Unfortunately, managing this online information on a mobile device or visible screen can be extremely difficult and dangerous while driving.

In order to address these safety hazards, many states have enacted legislation to restrict the use of cell phones and other mobile devices while in the car. In light of this, hands-free devices for cell phones have become increasingly popular. However, many users are still distracted while trying to drive and operate their wireless devices.

An arrangement for safely managing and communicating a variety of information while in a vehicle is needed.

## SUMMARY OF THE INVENTION

This invention addresses this need by providing a convenient and safe hands-free interface to manage important online information while enhancing the driving experience. Rather than awkwardly reaching for a handheld device and looking away from the road to read a new email, this invention integrates seamlessly in a vehicle to read important information out loud, directly to the driver. A voice-based interface provides unified access to all communication needs while allowing the driver to focus their attention on the road.

This invention provides a small device that wirelessly interacts directly with mobile devices and vehicle hands-free audio systems or headsets and allows the driver to listen to and manage email, quickly respond to email over the phone, compose SMS messages, and answer and return phone calls. The driver can talk and listen to it, and remain focused on driving and navigation of the vehicle. A built-in intelligent information manager automatically composes appropriate responses while parsing and prioritizing incoming information to ensure that only the most important messages are heard first.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** schematically illustrates a communication system according to one embodiment of the present invention; and

FIG. **2** illustrates some of the components of the control unit of the communication system of FIG. **1**.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

A communication system **10** is shown in FIG. **1** as implemented in a vehicle **8**. The system **10** includes a device control unit **11** which is preferably mounted in a discreet location within the vehicle **8**, such as under the dashboard, in the glove compartment, etc. The control unit **11** supports wireless communication via Bluetooth (IEEE 802.15.1) or any other wireless standard to communicate wirelessly with a cell phone, PDA, or other mobile device **12**. All data **13** is encrypted prior to transmission. The audio output of the control unit **11** is transmitted either wirelessly **14** or through a direct, wired connection **15** to the vehicle's car stereo **16**. The audio input for the control unit **11** is obtained either through a directly connected microphone **17**, through an existing vehicle hands-free system, or wirelessly though a headset **18** connected to the mobile device **12**.

The control unit **11** connects to the vehicle's battery **19** for power. An AC adapter is available for use at home or in the office. For portable use in other vehicles, an optional "Y" or pass-through cable is available to plug into a cigarette lighter accessory socket for power.

The control unit **11** contains a recessed button **20** which enables the driver to do the following: register new or replacement remotes; pair the device with a new mobile device **12**; and clear all preferences and reset the device to its factory default settings. The control unit **11** also has a set of four status lights **21** which display the following information: power and system health, vehicle connection status and activity, mobile device connection status and activity, and information access and general status.

In one example, the control unit **11** and the mobile device **12** recognize when the user, and the user's associated mobile device **12**, are near to, or have entered the vehicle. This may be accomplished, for example, by Bluetooth pairing of the device and the vehicle, or similar wireless communication initiation protocols. Within this range, the handheld device **12** changes from its normal, self-contained operating mode, to an immersive communication mode, where it is operated through the control unit **11**. As will be described in more detail below, among other things, this mode enables the user to hear their emails played through the vehicle's sound system **16**, or, alternatively, and if so equipped, played through the sound system of the mobile device **12**, e.g., headphones **18**. Microphones **17** in the vehicle **8** or on the mobile device **12** detect user-generated voice commands. Thus, the user is not required to change modes on the mobile device **12**; instead, the control unit **11** and associated mobile device **12**, recognize that the user is proximate the vehicle **8** and adjust the mode accordingly.

In addition to adjusting the mode based on vehicle proximity, the system **10** may adjust between a public and a private mode. For instance, as explained above, the system's immersive communication mode ordinarily occurs when the user is proximate the vehicle **8**. The immersive communication mode may have a public setting and a private setting. The public setting plays the emails over headphones **18** associated with the mobile device **12**. Such a setting prevents a user from disturbing other occupants of the vehicle **8**. The private setting plays the emails over the vehicle sound system **16**, and is ordinarily used when the user is the only occupant in the vehicle **8**.

Of course, such system settings may be adjusted by the user and their particular preferences in their user profile. For example, the user may prefer to switch to the immersive communication mode when the mobile device **12** and user are within a certain distance from the vehicle **8**, whereas another user may switch modes only when the mobile device **12** and user have entered the vehicle **8**. Further, the user may want to operate the control unit **11** and associated device **12** in a public mode, even if other occupants are in the vehicle **8**.

Similarly, the system **10** recognizes when the user leaves the vehicle **8** and the mobile device **12** reverts to a self-contained (normal) mode. The mobile device **12** may also record the vehicle's location when the user leaves the vehicle **8** (based upon GPS or other information). Accordingly, the user can recall the vehicle position at a later time, either on the device or elsewhere on the system, which may aid the user in locating the vehicle **8**.

The device has multiple USB ports **22**. There are standard USB ports which serve the following functions: to enable the driver to store preferences, settings, and off-line memos and transcriptions on a standard USB flash drive; to permit future expansion, upgrades, and add-on features; and to connect an Ethernet dongle for high-speed internet access. In addition, the control unit **11** has a dual-purpose USB 2.0 port which in addition to the features mentioned above, provides USB 2.0 "on-the-go" functionality by directly connecting to the USB port of a notebook computer with a standard cable (i.e. just like connecting a portable camera or GPS unit directly to a computer).

Other ports on the control unit **11** include an ⅛" audio jack **23** to connect to a car stereo without Bluetooth support, a ⅛" microphone jack **24** to support external high-quality microphones for hands-free calling, and a ⅛" stereo headset jack **25** for use away from the vehicle or in a vehicle without Bluetooth support.

The system **10** also includes an optional remote control **26** to interact with the control unit **11**. The remote control contains lithium batteries, similar to that of a remote keyless entry remote for a common vehicle.

In order to provide security and privacy, the device uses both authentication and encryption. Voice-based biometrics may also be used to further enhance security.

The driver stores his or her settings for the device in their settings profile **30**. This profile **30** may be stored in a database on an Internet server **27**. The control unit **11** utilizes the internet access provided by the driver's mobile device **12** to download the driver's profile **30** via the Internet. The control unit **11** also uses the pairing information from the mobile device **12** to retrieve the correct profile **30** from the server **27**. If the profile **30** has already been downloaded to the control unit **11**, the control unit **11** may just check for changes and updates on the server **27**. Each profile **30** on the server **27** contains a set of rules that the control unit **11** uses to make decisions on content delivery to the driver. The driver can access and modify their profile **30** on the Internet server **27** through either the Internet using a web-based interface **28**, or through a simple interface directly accessible from the associated mobile device **12**. Alternatively, the profile **30** is always stored and modified on the control unit **11** only and can be accessed via the mobile device **12** and/or via a USB connection to a laptop or desktop computer.

As shown in FIG. **2**, the control unit **11** includes a text processing module **34**, a vehicle communication module **36**, a speech recognition module **38**, Bluetooth (or other wireless communication) modules **40**, a mobile device communication module **42**, a text-to-speech module **44**, a user interface module **46**, and a remote device behavior controller **48**. The control unit **11** has an email processing agent **50** that processes email messages and determines the identity of the sender, whether the message has an attachment, and if so what type of attachment, and then extracts the body-text of the message. The control unit **11** also determines if a message is a reminder, news, or just a regular email message. The control unit **11** uses a data mining algorithm to determine if any parts of the email should be excluded (e.g. a lengthy signature).

Hands-Free Email

One feature of the system is hands-free email. Using the text-to-speech module **44**, the control unit **11** can read email to the driver. When new email arrives, the control unit **11** uses the profile **30** to guide an intelligent filtering and prioritization system which enables the driver to do the following: ensure that emails are filtered and read in order of priority, limit the frequency of new email interruptions, send automatic replies without driver intervention, and forward certain emails to a third-party without interruption. In addition, prior to being read out loud, the control unit **11** processes emails to optimize clarity. Part of that process involves detecting acronyms, symbols, and other more complex structures and ensuring that they can be easily understood when read. The control unit **11** provides intelligent email summarization in order to reduce the time required to hear the important content of email when read out loud.

The driver can interact with the control unit **11** using voice commands, including "go back" and "go forward," to which the control unit **11** responds by going back to the previous phrase or sentence or the next phrase or sentence in the email respectively. In addition, speaking "go back, go back" would back up two phrases or sentences.

Additional hands-free email features include a time-saving filtering system which allows the driver to hear only the most important content or meaning of an email. Another email-related feature is the ability to download custom email parsers to add a new dimension to audible email, and to parse informal email styles (i.e. 18r, ttyl).

The hands-free email functionality includes content-rich notification. When providing notification of a new email, the control unit **11** provides a quick summary about the incoming email, enabling the driver to prioritize which messages are more important. Examples include "You have mail from Sally" (similar to a caller-ID for email), or "You have an important meeting request from Cathy." The control unit **11** looks up the known contact names based upon the sender's email address in the user's address book on the mobile device **12**. The control unit **11** uses known contact names to identify the parties of an email instead of just reading the cryptic email addresses out loud.

In addition to reading email, the control unit **11** also enables the driver to compose responses. The driver can send a reply using existing text or voice templates (i.e. "I'm in the car call me at 'number,'" or "I'm in the car, I will reply as soon as I can"). New emails can also be created and sent as a voice recording in the form of a .wav or .mp3 file. The driver is also provided the option of calling the sender of the email on the phone using existing contact information in the address book, or responding to meeting requests and calendar updates (i.e. Outlook). Emails can also be created as freeform text responses by dictating the contents of the email. The device then translates that into text form for email transmission. An intelligent assistant will be immediately available to suggest possible actions and to provide help as needed. Again all of these options are prompted by verbal

inquires by the control unit **11** which can be selected by voice commands by the driver.

The control unit **11** supports multiple email accounts, and email can be composed from any existing account. Incoming email can also be intelligently handled and prioritized based upon account. Optional in-vehicle email addresses on a custom domain are available. Emails sent from this address would include a notification that the email was composed while in transit. When composing an email to an in-vehicle email address, the sender knows that the email will be read out loud in a vehicle. If the traditional email is "george@work.net," then the in-vehicle address may be "george@driving.net." Optional enhanced existing email addresses are also available on supported email systems. For example, if the traditional email is "george@work.com," an enhanced in-vehicle address of "george+driving@work.com" may be selected.

Enhanced Hands-Free Telephone Calls

Another feature of this invention is enhanced hands-free telephone calls. This includes transparent use of any existing hands-free system. All incoming telephone calls can use either the existing vehicle hands-free system or a user headset **18**. If an expected important email arrives while the driver is on the phone, an "email-waiting" indicator (lights and/or subtle tones) will provide subtle notification without disrupting the conversation. A headset **18** can be activated at any time for privacy or to optimize clarity. The control unit **11** will seamlessly switch from the vehicle hands-free system to the private headset **18** for privacy.

The control unit **11** also features enhanced caller-ID. The device announces incoming calls by reading the caller name or number out loud (e.g. "This is a call from John Doe, do you want to answer it?"). This eliminates the need to look away from the road to find out who is calling. Vehicle-aware screening can also automatically forward specific calls to voicemail or to another number when driving, again based upon the driver's profile. Normal forwarding rules will resume when leaving the vehicle.

The control unit **11** also provides voice activated answering and calling. When the control unit **11** announces a telephone call, the driver can accept the call using a voice command. The driver can use voice commands associated with either contacts in an address book or with spoken phone numbers to place outgoing telephone calls (i.e. "Call Krista").

Unified Information Management

Another feature of the present invention is that it provides unified information management. The control unit **11** provides a consistent interface for seamless access to incoming and outgoing telephone calls, email, and other sources of information. The existing hands-free interface automatically switches between telephone calls, reading email, and providing important notifications. When entering the vehicle, the control unit **11** automatically provides an enhanced voice-based interface, and when leaving the vehicle, the mobile device **12** automatically resumes normal operation. Email reading can also be paused to accept an incoming phone call, and can be resumed when the call is complete.

In addition, the driver can communicate with any contact through email, a phone call, or an SMS text message simply by speaking. The control unit **11** provides enhanced information for incoming telephone calls. The name and number, if available, are read out loud to ensure that the driver knows the caller without looking away from the road. A nickname, or other information located in an address book, may also be used for notification.

The driver can also reply to an email with a phone call. While reading an email, the driver can contact the sender by placing a telephone call with address book information. When a phone call is made, but the line is busy or no voicemail exists, the user is given the option of sending an email to the same contact instead. This eliminates the need to wait and try calling the person again.

Within their profile **30**, the driver can prioritize between email and phone calls, so that an important email will not be interrupted by a less important phone call. In addition, custom mp3 (or other format) ring tones can be associated with both incoming emails and telephone calls. Ring tones can be customized by email from certain contacts, phone calls from certain contacts, or email about certain subjects. Custom "call waiting" audible indicators can be used when an important email arrives while on the phone, or when an important phone call arrives while reading or composing an email.

Enhanced Hands-Free Calendar

Another feature of the present invention is the enhanced hands-free calendar wherein the control unit **11** utilizes the calendar functionality of the user's mobile device **12**. The control unit **11** reads the subject and time of calendar reminders out loud, and the driver can access additional calendar information with voice commands if desired. The driver can also perform in-transit schedule management by reviewing scheduled appointments (including date, time, subject, location and notes); accepting, declining, or forwarding meeting requests from supported systems (e.g. Outlook); scheduling meetings; and automatically annotating meetings with location information. The driver can also store location-based reminders, which will provide reminders the next time the vehicle is present in a specified geographical area, and automatically receive information associated with nearby landmarks. In addition, the driver could plan and resolve meeting issues by communicating directly with other participants' location-aware devices.

Do Not Disturb

Another feature of the present invention is the "do not disturb" functionality. When passengers are present in the vehicle, the control unit **11** can be temporarily silenced. Even when silent, the control unit **11** will continue to intelligently handle incoming email, email forwarding, providing automatic email replies, and processing email as desired. A mute feature is also available.

Integrated Voice Memo Pad

Another feature of the present invention is the integrated voice memo pad, which enables the driver to record thoughts and important ideas while driving so they will not be forgotten while parking or searching for a memo pad or device. Memos can be transferred via email to the driver's inbox, or to any of the driver's contacts. Memos can also be wirelessly transferred to a computer desktop via the Bluetooth interface as the user arrives in the office, or transferred to a removable USB flash memory drive. Memos can also be annotated automatically using advanced context information including location, weather, and trip information. For example, "this memo was recorded at night in a traffic jam on the highway, halfway between the office and the manufacturing facility." Such augmented information can provide valuable cues when reviewing memos.

Access to Diverse Information

Another feature of the present invention is the ability to access to diverse information. Information is available in audible form (text-to-speech) from a wide range of sources. First, the control unit **11** provides access to personal connectivity and time management information. This includes

email (new and previously read), incoming caller name and number, SMS messages, MMS messages, telephone call logs, address book, calendar and schedule, and instant messages.

Second, the control unit **11** provides multi-format support. This includes email attachments that can be read out loud, including plain text, audio attachments (i.e. .wav, .mp3), HTML (i.e. encoded emails and web sites), plain text portions of Word and PowerPoint files, Adobe Portable Document format (PDF), OpenDocument formats, and compressed and/or encoded attachments of the above formats (i.e. .zip).

Third, the control unit **11** provides remote access to information. This includes existing news sources (i.e. existing RSS feeds) and supported websites. This also includes subscription to value-added services including: weather, custom alerts (i.e. stock price triggers), traffic conditions, personalized news, e-books (not limited to audio books, but any e-book), personalized audio feeds, and personalized image or video feeds for passengers.

Fourth, the device provides environment and location awareness. This includes current location and navigation information, local weather conditions, vehicle status, and relevant location-specific information (i.e. where is "work", where is "home?").

Personalization

Another feature in the present invention is extensive personalization and customization for email handling, email notification, time-sensitive rules, vehicle-aware actions, text-to-speech preferences, and multiple user support.

The email handling settings in the user's profile **30** allow the driver to use the control unit's **11** built-in intelligent email parsing and processing. This enables the driver to avoid receiving notification for every trivial incoming email. Some of the intelligent parsing features include automatic replies, forwarding and prioritization based on content and sender, and substitution of difficult phrases (i.e. email addresses and web site URLs) with simple names and words. The driver can also choose to hear only select information when a new email arrives (i.e. just the sender name, or the sender and subject, or a quick summary). Email "ring tones" are also available for incoming emails based on sender or specific keywords. Prepared text or voice replies can be used to send frequently used responses (i.e. "I'm in transit right now"). Some prepared quick-responses may be used to automatically forward an email to a pre-selected recipient such as an administrative assistant. The driver can also set up both email address configuration and multiple email address rules (i.e. use "me@work.com" when replying to emails sent to "me@work.com," but use "me@mobile.com" when composing new emails).

The driver can also customize notification. This includes prioritizing emails and phone calls based on caller or sender and subject (i.e. never read emails from Ben out loud, or if an email arrives from George, it should be read before others). The driver can also limit the amount of notifications received (i.e. set minimum time between notifications, or maximum number of emails read in a short period of time).

Time-sensitive rules in the profile **30** may include options such as "don't bother me in the morning," or "only notify me about incoming email between these hours." The driver can also configure audible reminder types based on calendar and scheduling items from the mobile device. Vehicle-aware actions are configurable based on the presence of the user in the vehicle. These actions include the content of automatic replies and predefined destinations and rules to automatically forward specific emails to an administrative assistant or other individual. These also include actions to take when multiple Bluetooth enabled mobile devices are present (i.e. switch to silent "do not disturb" mode, or take no action).

The text-to-speech settings for the device are also configurable. This includes speech characteristics such as speed, voice, and volume. The voice may be set to male or female, and may be set to speak a number of languages, including but not limited to US English, UK English, French, Spanish, German, Italian, Dutch, and Portuguese. A base set of languages will be provided with the device, with alternate languages being available in the future. The driver can set personal preferences for pronunciation of specific words, such as difficult contact names, and specialized acronyms or symbols, such as "$H_2O$." By default, most acronyms are spelled out letter by letter (i.e. IMS, USB).

Information about specific words or phrases can be used to enhance both speech recognition performance and text-to-speech performance, and this includes context sensitive shortcuts. For example, nicknames should be expanded into an email address if the driver is dictating an email. In addition, email addresses should be expanded to a common name when found. The driver can also set custom voice prompts or greetings.

The device also features multiple user support, wherein multiple people can share the same device. The device automatically identifies each person by their mobile device **12**, and maintains individual profiles **30** for each driver.

Connectivity

The connectivity functionality of the control unit **11** enables it to function as a hands-free audio system. It interacts with supported Bluetooth hands-free devices, including but not limited to Bluetooth enabled vehicles (HS, HFP, and A2DP), after-market hands-free vehicle products, and supported headsets to provide privacy. For vehicles not containing Bluetooth or other wireless support, the control unit **11** can connect directly to the vehicle's audio system **16** through a wired connection. Retrofit solutions will also be available for existing vehicles lacking wireless connectivity in the form of an optional after-market Bluetooth kit.

The system **10** may include a remote control **26** for accessing the control unit **11**. Emergency response support is available for direct assistance in emergencies, providing GPS location information if available. The driver could also use the control unit **11** through an advanced wireless audio/visual system, including such features as streaming music and providing image content (i.e. PowerPoint, images attached in emails, slideshows). Integrated steering-wheel column buttons is also an available option.

The control unit **11** can also connect to a computer and external devices. This includes personal computers with Bluetooth to conveniently exchange information over a personal area network (PAN). This also includes GPS devices (with Bluetooth or other wireless or wired connectivity) for location awareness. This also includes storage devices (Bluetooth or other wireless or wired) for personal e-book libraries, or to manage offline content with the unified hands-free interface. An optional cable will be available for controlling an iPod or other music player with voice commands. Through the device's USB ports, the driver can expand the functionality of the device by attaching such items as a USB GPRS/EDGE/3G device for direct mobile access without a separate mobile device, or a USB WiFi for high-speed Internet access.

Upgradeability and Expansion

The driver may add future enhancements to the control unit **11** wirelessly using standard Bluetooth enabled devices. This includes support for wireless transfer with a desktop or

notebook computer to transfer and synchronize information. Advanced Bluetooth profile support (i.e. A2DP) for stereo and high quality audio is also available.

As mentioned previously, the control unit 11 will contain two USB ports. The standard USB port or ports will provide convenient access to standard USB devices for storing preferences on a standard USB flash drive; storing and moving off-line memos and transcriptions recorded by the device; and future expansion, upgrades, and add-on features. The dual-purpose USB 2.0 "On-The-Go" port or ports will provide both the aforementioned features to access USB devices, and also direct connections to a computer with a standard cable (i.e. just like connecting a digital camera or GPS unit directly to a computer).

In accordance with the provisions of the patent statutes and jurisprudence, exemplary configurations described above are considered to represent a preferred embodiment of the invention. However, it should be noted that the invention can be practiced otherwise than as specifically illustrated and described without departing from its spirit or scope.

What is claimed is:

1. A vehicle equipped with a communication system comprising a controller which is configured to:
   identify a mobile device via a wireless connection between the vehicle and the mobile device, wherein the mobile device is a cell phone;
   identify a user profile of a user of the mobile device among at least two user profiles for at least two users of at least two mobile devices based on the identifying the mobile device; and
   process a non-voice message received by the mobile device based on the identifying the user profile,
   wherein the controller is further configured to acquire the non-voice message intended for the user from the mobile device via a wireless communication link of the wireless connection, and control an output system, comprising at least one of an audio system and a visual system, of the vehicle to output the non-voice message as at least one of an audio and a text,
   wherein each of the at least two user profiles comprises a notification rule for notifying an arrival of the non-voice message using the output system such that the notification of the arrival of the non-voice message using the output system is different for each of the at least two user profiles, and
   wherein the controller is further configured to control the output system to notify the arrival of the non-voice message according to a corresponding notification rule of the identified user profile.

2. The vehicle of claim 1 wherein, for the processing the non-voice message, the controller is configured to forward the non-voice message based on the user profile.

3. The vehicle of claim 2 wherein, for the forwarding the non-voice message, the controller is configured to forward the non-voice message to a different user.

4. The vehicle of claim 2, wherein the controller is configured to process a telephone call to the mobile device based on the user profile.

5. The vehicle of claim 1, wherein the non-voice message includes at least one of an email message, a short message service (SMS) or text message or a multimedia messaging service (MMS) message.

6. The vehicle of claim 1, wherein the mobile device is the user's mobile device,
   wherein the controller is configured to detect presence of another mobile device different from the user's mobile device, and
   wherein, for the processing the non-voice message, the controller is configured to process the non-voice message based on the presence of the other mobile device.

7. The vehicle of claim 6, wherein the user's mobile device is a first user's mobile device, the user is a first user of the first user's mobile device, and the other mobile device is a second user's mobile device, and
   wherein the controller is further configured to:
   identify the second user's mobile device;
   identify a second user associated with the second user's mobile device; and
   maintain a first profile associated with the first user and a second profile associated with the second user.

8. The vehicle of claim 1 wherein, for the identifying the user profile associated with the mobile device, the controller is configured to select the user profile associated with the mobile device from among a plurality of user profiles.

9. The vehicle of claim 1 wherein the non-voice message is an email message.

10. The vehicle of claim 1, wherein the controller is configured to convert the non-voice message to speech, and play the speech audibly through the audio system of the vehicle.

11. The vehicle of claim 1, wherein at least one notification rule associated with the at least two user profiles includes information for determining whether to make a notification notifying the arrival of the non-voice message using the output system.

12. The vehicle of claim 11, wherein the output system comprises an audio device and a video device, and the at least one notification rule associated with the at least two user profiles includes information for determining which output system among the audio device and the video device to use to notify the arrival of the non-voice message when the controller determines to make the notification.

13. The vehicle of claim 12, wherein the controller is further configured to determine which output system among the audio device and the video device to use to notify the arrival of the non-voice message based on the information.

14. The vehicle of claim 11, wherein the at least one notification rule associated with the at least two user profiles includes information for determining whether to activate a mute function of the output system.

15. The vehicle of claim 14, wherein the controller is further configured to determine whether to activate the mute function of the output system based on the information.

16. The vehicle of claim 11, wherein the at least one notification rule associated with the at least two user profiles includes information for determining which type of ring tone to use to notify the arrival of the non-voice message.

17. The vehicle of claim 16, wherein the controller is further configured to determine which type of ring tone to use to notify the arrival of the non-voice message based on the information.

18. The vehicle of claim 11, wherein the controller is further configured to determine whether to make the notification notifying the arrival of the non-voice message using the output system based on the information.

19. A vehicle equipped with communication system comprising controller which is configured to:
   identify a mobile device via a wireless connection between the vehicle and the mobile device, wherein the mobile device is a cell phone;
   identify a user profile associated with the mobile device based on the identifying the mobile device;

   redirect a first email message received at the mobile device to the controller over the wireless connection based on the user profile;

   convert the first email message to speech and playing the speech audibly in the vehicle;

   receive a second email message on the cell phone; and

   automatically forward the second email message based on the user profile.

**20**. A vehicle equipped with a communication system comprising a controller which is configured to:

   identify a mobile device via a wireless connection between the vehicle and the mobile device, wherein the mobile device is a cell phone;

   identify a user profile associated with the mobile device in response to the identifying the mobile device;

   process a plurality of email messages received at the mobile device based on the user profile, including filtering the plurality of email messages based on the user profile; and

   based on the user profile and the filtering the plurality of email messages, convert at least one of the plurality of email messages to speech, and play the speech audibly in the vehicle,

   wherein, for the processing the email message, the controller is further configured to redirect an email message intended for a user to the controller over a wireless communication link of the wireless connection based on the user profile.

**21**. The vehicle of claim **20**, wherein the controller is further configured to prioritize the plurality of email messages based on the user profile, and play the speech based on the prioritizing.

\* \* \* \* \*