# Exhibit 4

**Exhibit 4**
**U.S. Patent No. 11,563,840**
**v.**
**Volvo's Sensus Connect Infotainment System (the "Exemplary Product")**

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| 1. A vehicle equipped with a communication system comprising a controller which is configured to: | To the extent the preamble is limiting, the Exemplary Product includes a vehicle equipped with a communication system comprising a controller that is configured to practice the claimed method.<br><br>For example, see, for example, the evidence and analysis for claim limitations (a)-(f) below. Additionally:<br><br>https://www.volvocars.com/en-ca/support/topics/article/58cb6f9d45c378f7c0a801513f44073b:<br><br> |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| | Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Value8 reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| [a] identify a mobile device via a wireless connection between the vehicle and the mobile device, wherein the mobile device is a cell phone; | The Exemplary Product includes a controller that is configured to identify a mobile device via a wireless connection between the vehicle and the mobile device, wherein the mobile device is a cell phone.<br><br>For example, using a Bluetooth connection between a vehicle and a mobile device, *e.g.*, a cell phone, and any necessary protocol exchanges, the controller in the Exemplary Product identifies the mobile device.<br><br>*See, e.g.*, https://volvornt.harte-hanks.com/manuals/2022%5CMY22-23%20OM%20EN%20US.pdf:<br><br>## Phone<br>A phone equipped with Bluetooth can be wirelessly connected to the vehicle.<br>When a phone has been paired and connected to the vehicle, it is possible to make calls, send and receive text messages and play media wirelessly through the vehicle's audio system.<br><br>The phone is controlled from the center display and certain functions can also be voice-controlled.<br><br>## Connecting a phone to the vehicle<br>Use Bluetooth to pair a phone with the vehicle to make calls, send and receive text messages and play media.<br><br>; https://volvornt.harte-hanks.com/manuals/2022%5CMY22-23%20OM%20EN%20US.pdf: |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| | **Connecting a phone to the vehicle**<br>Use Bluetooth to pair a phone with the vehicle to make calls, send and receive text messages and play media.<br><br>**Searching for the phone from the vehicle**<br>Activate Bluetooth in the phone and verify in the settings that the phone is visible to other devices.<br><br>1.  If no phone is already paired, tap ╋. Otherwise, go to settings ⚙ at the bottom of the center display, and then tap **Connectivity** and **Bluetooth**. If the phone is not already listed under [16], select **Pair new device.**<br>   > A list of available Bluetooth devices will be displayed. The list will be updated as new devices are discovered.<br><br>2.  Tap the name of the phone you would like to connect.<br><br>3.  Make sure that the code displayed in the vehicle matches the one in the phone and confirm.<br><br>4.  In the phone, accept or cancel the options for selecting the phone's contacts and text messages.<br>   > By default, the phone is connected for use as both phone and media device[17].<br><br>5.  Tap **Done.**<br><br>The controller in the Exemplary Product is able to, for example, identify a mobile device as either "Jay's 14" or "Daniel's iPhone," when either mobile device is connected to the vehicle: |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| |  Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Value8 reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| [b] identify a user profile of a user of the mobile device among at least two user profiles for at least two users of at least two mobile devices based on the identifying the mobile device; and | The Exemplary Product includes a controller that is configured to identify a user profile of a user of the mobile device among at least two user profiles for at least two users of at least two mobile devices based on the identifying the mobile device.<br><br>For example, among at least two user profiles, the controller in the Exemplary Product is able to identify a user profile for "Jay's 14" that includes, among other things, "Allowed services" for |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| | "Phone," "Message," "Internet source," and "Media." As another example, among at least two user profiles, the controller in the Exemplary Product is able to identify a user profile for "Daniel's iPhone" that includes, among other things, "Allowed services" for "Phone," and "Media" but not "Message," and "Internet source."  The Exemplary Product uses the same user profile every time the identified device is connected.<br><br><br><br>*See also, e.g.*, evidence and analysis for claim limitation 1(a); https://www.volvocars.com/in/support/car/xc40/article/3d510aad93ca3b8ac0a8015152c96333#: |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| | ## Settings for Bluetooth devices<br><br>**Updated 16/03/2023**<br><br>Settings for Bluetooth-connected devices.<br><br>1  Press **Settings** in the top view.<br><br>2  Press **Communication → Bluetooth Devices** and select settings:<br><br>• **Add device** - starts the pairing of a new device.<br><br>• **Previously paired devices** - lists registered/paired devices.<br><br>• **Remove device** - removes the connected device.<br><br>• **Allowed services for this device** - sets device usage options: calling, sending/receiving messages, streaming media and as Internet connection.<br><br>• **Internet connection** - connects the car to the Internet via the device's Bluetooth connection.<br><br>; https://www.volvocars.com/mt/support/car/xc60/article/60c1825e628b0f62c0a801515f80a8f7:<br><br>## Managing text messages<br><br>**Updated 22/03/2023**<br><br>It is possible to receive and send text messages, in the form of SMS, when the phone is connected to the car.<br><br>To be able to manage text messages in the car, the phone must be connected via Bluetooth[1] as phone device and the user must have approved in the phone's Bluetooth settings that notifications should be shown.<br><br>### Receiving text messages<br><br>When the phone is connected to the car, a notification is shown at the top of the centre display when a new text message is received. Choose whether to play back the message by tapping on the screen or using voice control.<br><br>Investigation of both the patent and the Exemplary Product (and other potentially infringing |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| | products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Value8 reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| [c] process a non-voice message received by the mobile device based on the identifying the user profile; and | The Exemplary Product  includes a controller that is configured to process a non-voice message received by the mobile device based on the identifying the user profile.<br><br>For example, the controller in the Exemplary Product processes a non-voice message, such as a text message, received by the mobile device based on the identifying the user profile, as indicated by the one of the "Allowed services" being "Message."<br><br> |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| | *See also, e.g.*, evidence and analysis for claim limitations 1(a)-(b); https://www.volvocars.com/in/support/car/xc40/article/3d510aad93ca3b8ac0a8015152c96333#: <br><br> # Settings for Bluetooth devices <br><br> **Updated 16/03/2023** <br><br> Settings for Bluetooth-connected devices. <br><br> 1  Press Settings in the top view. <br><br> 2  Press Communication → Bluetooth Devices and select settings: <br><br> • **Add device** - starts the pairing of a new device. <br> • **Previously paired devices** - lists registered/paired devices. <br> • **Remove device** - removes the connected device. <br> • **Allowed services for this device** - sets device usage options: calling, sending/receiving messages, streaming media and as Internet connection. <br> • **Internet connection** - connects the car to the Internet via the device's Bluetooth connection. <br><br> ; https://www.volvocars.com/mt/support/car/xc60/article/60c1825e628b0f62c0a801515f80a8f7: <br><br> # Managing text messages <br><br> **Updated 22/03/2023** <br><br> It is possible to receive and send text messages, in the form of SMS, when the phone is connected to the car. <br><br> To be able to manage text messages in the car, the phone must be connected via Bluetooth[1] as phone device and the user must have approved in the phone's Bluetooth settings that notifications should be shown. |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| | **Receiving text messages**<br><br>When the phone is connected to the car, a notification is shown at the top of the centre display when a new text message is received. Choose whether to play back the message by tapping on the screen or using voice control.<br><br>Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Value8 reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| [d] wherein the controller is further configured to acquire the non-voice message intended for the user from the mobile device via a wireless communication link of the wireless connection, and control an output system, comprising at least one of an audio system and a visual system, of the vehicle to output the non-voice message as at least one of an audio and a text, | The Exemplary Product includes a controller that is configured to acquire the non-voice message intended for the user from the mobile device via a wireless communication link of the wireless connection, and control an output system, comprising at least one of an audio system and a visual system, of the vehicle to output the non-voice message as at least one of an audio and a text.<br><br>For example, the controller in the Exemplary Product acquires the non-voice message, i.e., the text message, intended for the user from the mobile device, *e.g.*, a cell phone, via a wireless communication link of the wireless connection, as indicated by the one of the "Allowed services" being "Message." The controller in the Exemplary Product controls an output system, comprising at least one of an audio system and a visual system, of the vehicle, such as a screen, speakers, and related hardware used by the Exemplary Product. If the "Allowed service" of "Message" is enabled in the identified user profile, the output system outputs the non-voice message as at least one of an audio (using the speakers) and a text (using either the center display or the driver display). |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
|  | <br><br>*See, e.g.*, evidence and analysis for claim limitations 1(a)-(c); https://volvornt.harte-hanks.com/manuals/2022%5CMY22-23%20OM%20EN%20US.pdf: |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
|  | **Handling text messages**<br>SMS text messages can be received and sent via the vehicle when the phone is paired with the vehicle.<br>To manage text messages in the vehicle, the phone must be connected via Bluetooth[18] as phone device and the user must have accepted notification display in the phone's Bluetooth settings.<br><br>**Sending text messages**<br>It is possible to dictate a new message by asking the voice control system to send a message to a named contact or phone number.<br><br>**Receiving text messages**<br>When the phone is paired with the vehicle, a notification will be displayed at the top of the center display when a new text message comes in. Select whether to play the message by tapping the screen or using voice control.<br><br>You can also choose to mute the conversation. In this case, no further notifications for this conversation will be shown during the current trip.<br><br>; https://www.volvocars.com/in/support/car/xc40/article/3d510aad93ca3b8ac0a8015152c96333#: |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| | ## Settings for Bluetooth devices<br><br>**Updated 16/03/2023**<br><br>Settings for Bluetooth-connected devices.<br><br>  1  Press **Settings** in the top view.<br><br>  2  Press **Communication** → **Bluetooth Devices** and select settings:<br><br>• **Add device** - starts the pairing of a new device.<br>• **Previously paired devices** - lists registered/paired devices.<br>• **Remove device** - removes the connected device.<br>• **Allowed services for this device** - sets device usage options: calling, sending/receiving messages, streaming media and as Internet connection.<br>• **Internet connection** - connects the car to the Internet via the device's Bluetooth connection.<br><br>; https://www.volvocars.com/mt/support/car/xc60/article/60c1825e628b0f62c0a801515f80a8f7:<br><br>## Managing text messages<br><br>**Updated 22/03/2023**<br><br>It is possible to receive and send text messages, in the form of SMS, when the phone is connected to the car.<br><br>To be able to manage text messages in the car, the phone must be connected via Bluetooth[1] as phone device and the user must have approved in the phone's Bluetooth settings that notifications should be shown.<br><br>### Receiving text messages<br><br>When the phone is connected to the car, a notification is shown at the top of the centre display when a new text message is received. Choose whether to play back the message by tapping on the screen or using voice control.<br><br>Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| | time. Value8 reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| [e] wherein each of the at least two user profiles comprises a notification rule for notifying an arrival of the non-voice message using the output system such that the notification of the arrival of the non-voice message using the output system is different for each of the at least two user profiles, and | In the Exemplary Product, each of the at least two user profiles comprises a notification rule for notifying an arrival of the non-voice message using the output system such that the notification of the arrival of the non-voice message using the output system is different for each of the at least two user profiles.<br><br>For example, each of the at least two user profiles comprises a notification rule, *e.g.*, "Allowed services" for "Phone," including "Message," for notifying an arrival of the non-voice message, i.e., the text message, using the output system, such as a screen and/or speakers, and related hardware, used by the Exemplary Product, such that the notification of the arrival of the non-voice message using the output system is different for each of the at least two user profiles. *E.g.*, https://www.volvocars.com/en-om/support/car/xc60-twin-engine/article/0cb605ff8f578e73c0a80151676e950a:<br><br>**Settings for text messages**<br>Settings for text messages on connected phone.<br>1.  Press **Settings** in the top view.<br>2.  Press **Communication ➔ Text Messages** and select settings:<br>   • **Notification in centre display** - shows message notifications in the centre display's status bar.<br>   • **Notification in driver display** - displays notifications in the driver's display and incoming messages can be managed using the steering wheel's right-hand keypad.<br>   • **Text message tone** - select tone for incoming text messages.<br><br>The connected user profile determines whether a tone will play. The notification of the arrival of the non-voice message using an output system is different for each of the at least two user profiles, as indicated by "Sunrise" being selected when "Daniel's iPhone" is connected while "Newsflash" is selected when "Jay's 14" is connected. The Exemplary Product uses the same user profile every time the identified device is connected. |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| |  |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| | <br><br>*See also, e.g.*, evidence and analysis for claim limitations 1(a)-(d).<br><br>Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Value8 reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| [f] wherein the controller is further configured to control the output system to notify the arrival of the non-voice | The Exemplary Product includes a controller that is further configured to control the output system to notify the arrival of the non-voice message according to a corresponding notification rule of the identified user profile. |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| message according to a corresponding notification rule of the identified user profile. | For example, the controller in the Exemplary Product is configured to control the output system, such as a screen, speakers, and related hardware used by the Exemplary Product, to notify the user of an arrival of the non-voice message, i.e., the text message, according to a corresponding notification rule, *e.g.*, "Allowed services" for "Phone," including "Message," and audio tone configured in the identified user profile. *See* evidence and analysis for claim limitations 1(a)-(e). *E.g.*, https://www.volvocars.com/en-om/support/car/xc60-twin-engine/article/0cb605ff8f578e73c0a80151676e950a<br><br>**Settings for text messages**<br>Settings for text messages on connected phone.<br>1.  Press **Settings** in the top view.<br>2.  Press **Communication ➜ Text Messages** and select settings:<br>  • **Notification in centre display -** shows message notifications in the centre display's status bar.<br>  • **Notification in driver display -** displays notifications in the driver's display and incoming messages can be managed using the steering wheel's right-hand keypad.<br>  • **Text message tone -** select tone for incoming text messages.<br><br>The notification of the arrival of the non-voice message using the output system is different for each of the at least two user profiles, as indicated by "Sunrise" being selected when "Daniel's iPhone" is connected while "Newsflash" is selected when "Jay's 14" is connected.  The Exemplary Product uses the same user profile every time the identified device is connected. |

| '840 Claim | Volvo's Exemplary Product |
|------------|---------------------------|
| |  |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
|  |  |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| |  |

| '840 Claim | Volvo's Exemplary Product |
|---|---|
| |  |

Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Value8 reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant.