**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| VALUE8 CO., LTD.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, VOLVO CAR USA, LLC, ZHEJIANG GEELY HOLDING GROUP CO., LTD., and VOLVO CAR CORPORATION,<br><br>　　　　　　Defendants. | Case No.<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Value8 Co., Ltd. certifies that Wisefin Co., Ltd. is the parent corporation of Value8 Co., Ltd. and that no publicly held corporation owns 10 percent or more of the interest in Value8 Co., Ltd.

Dated: March 14, 2024                     Respectfully submitted,

                                          */s/ Benjamin Wang*

                                          Benjamin T. Wang
                                          CA State Bar No. 228712
                                          Email: bwang@raklaw.com
                                          Andrew D. Weiss
                                          CA State Bar No. 232974
                                          Email: aweiss@raklaw.com
                                          Daniel B. Kolko
                                          CA State Bar No. 341680
                                          Email: dkolko@raklaw.com
                                          **RUSS AUGUST & KABAT**
                                          12424 Wilshire Boulevard, 12th Floor
                                          Los Angeles, CA 90025
                                          Telephone: (310) 826-7474

                                          *Attorneys for Plaintiff Value8 Co., Ltd.*