IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VALUE8 CO., LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:24-CV-00176-JRG |
| | § | |
| VOLVO CAR USA, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (the "Stipulation") jointly filed Plaintiff Value8 Co., Ltd. and Defendant Volvo Car USA, LLC (the "Parties"). (Dkt. No. 78.) In the Stipulation, the Parties stipulate as to the dismissal of "all claims and defenses" asserted in this case with prejudice. (*Id*. at 1.) The Parties represent that they have settled their respective claims for relief and defenses.

Having considered the Stipulation, the Court **ACKNOWLEDGES AND ACCEPTS** that all claims and defenses in this case are **DISMISSED WITH PREJUDICE**. The Parties shall bear their own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above captioned case.

**So ORDERED and SIGNED this 17th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE